IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00433-MSK-MJW

TRUDY A. STOCKHAM,

    Plaintiff,

v.

COMPASS BANCSHARES, INC., d/b/a Compass Bank,
a/k/a Compass Bancshares Incorporated, and
LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

## ORDER OF RECUSAL

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. It is,

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 15th day of March 2006.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge