**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-00433-EWN-MJW

TRUDY A. STOCKHAM,

       Plaintiff,

v.

COMPASS BANCSHARES, INC.,
a/k/a COMPASS BANK,
a/k/a COMPASS BANCSHARES, INCORPORATED, and
LIFE INSURANCE COMPANY OF NORTH AMERICA

       Defendants.
_____

**ORDER RE UNOPPOSED MOTION TO DISMISS COMPASS BANCSHARES, INC.**
_____

       THE COURT, having reviewed the Plaintiff's Unopposed Motion to Dismiss the claims against Compass Bancshares, Inc., a/k/a Compass Bank, a/k/a Compass Bancshares, Incorporated (hereinafter "Compass"), and having reviewed its file,

       GRANTS said Motion to Dismiss, without prejudice, each party to bear their own costs and attorneys fees with respect to this voluntary dismissal.

       SO ORDERED this 9th day of May, 2006.

                                                  BY THE COURT:

                                                 s/ Edward W. Nottingham
                                                 United States District Judge